**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JUAN MONTALVO and SANDRA MONTALVO,

        Plaintiffs,,

v.

NEW ENGLAND COMPOUNDING PHARMACY, INC., a/k/a NEW ENGLAND COMPOUNDING CENTER,

        Defendants..
        _____/

CASE NUMBER: 12-15542

HON. MARIANNE O. BATTANI

## ORDER ADMINISTRATIVELY CLOSING CASE

Defendant counsel having notified the Court that defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC"), filed for bankruptcy in the District of Massachusetts (Eastern Division) (Case No. 12-19882-HJB), therefore;

IT IS ORDERED that the Clerk administratively close the above captioned case. Plaintiff may move to reopen the case upon the conclusion of the bankruptcy matter.

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF MAILING**

I certify that a copy of this notice was served upon all parties of record electronically via the Court's ECF System.

Date: January 10, 2013

        s/Bernadette M. Thebolt
        Deputy Clerk   (313) 234-2627